#122  #128599

FILED
2010 JUN 22 PM 12: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re:  MCDOUGALL, DAVID P.         Case No. 09-36310
       DOWDY, SARAH L.

Chapter 7

Judge: MARY ANN WHIPPLE

Debtor(s).

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| **Payee** | **Address** | **Amount** |
|---|---|---|
| Fox Collection Center | 456 Moss Trail<br>Goodlettsville, TN  37072 | $4.56 |

Check for $4.56 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Dated:  6/21/2010

_____
John N. Graham, Trustee